UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAMS D. EVANS, JR.,

    Petitioner,

v.

Case No. 16-12332
Hon. Terrence G. Berg

THOMAS WINN,

    Respondent.
_____/

**ORDER DENYING PETITIONER'S EMERGENCY
<u>MOTION TO CLARIFY RECORD</u>**

    The Court denied Petitioner's habeas application brought pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's "Emergency Motion to Clarify the Record." ECF No. 32. Petitioner asserts that the Court erred in denying his petition without first referring the case to a Magistrate Judge for a Report and Recommendation. There was no requirement to refer the petition to the Magistrate Judge for a Report and Recommendation. *See* 28 U.S.C. § 636(b).

    Petitioner's motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: April 4, 2019

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1